**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN C. LEAF, | ) | 2:08-cv-01554-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| T. FELKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff has requested the clerk of the court to provide him with 6 USM-285 forms in order to effectuate service on the Doe defendants listed in his complaint. Plaintiff is advised that he must first amend his complaint to identify the Doe defendants before this court will direct service on them. Plaintiff is therefore granted leave to amend his complaint to identify the Doe

1

| | |
|---|---|
| 1 | defendants.  Plaintiff shall have up to and including June 29, |
| 2 | 2009, in which to file his amended complaint. |
| 3 | Plaintiff is informed that the court cannot refer to a prior |
| 4 | pleading in order to make plaintiff's amended complaint complete. |
| 5 | Local Rule 15-220 requires that an amended complaint be complete in |
| 6 | itself without reference to any prior pleading.  This is because, |
| 7 | as a general rule, an amended complaint supersedes the original |
| 8 | complaint.  *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). |
| 9 | Once plaintiff files an amended complaint, the original pleading no |
| 10 | longer serves any function in the case.  Therefore, in an amended |
| 11 | complaint, as in an original complaint, each claim and the |
| 12 | involvement of each defendant must be sufficiently alleged. |
| 13 | **IT IS SO ORDERED.** |
| 14 | DATED: This 28th day of May, 2009. |

_____
UNITED STATES DISTRICT JUDGE