UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. LEAF, | ) | 2:08-cv-01554-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| T. FELKER, et al., | ) | |
| Defendants. | ) | |

   By order dated June 25, 2009, this court granted plaintiff leave to amend his complaint to sufficiently allege the involvement of each named defendant.  The plaintiff filed his amended complaint on July 10, 2009.  The court finds that plaintiff has stated a colorable claim for relief against all named defendants. Accordingly, the court now orders service of defendants F. Foulk,

1

1 | R. Casaurang, S. Sader, and N. Cimino.

2 |     In accordance with the above, IT IS HEREBY ORDERED that:

3 |     1. Service is appropriate for defendants F. Foulk, R. Casaurang, S. Sader, and N. Cimino.

    2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 10, 2009.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. One copy of the endorsed amended complaint filed July 10, 2009.

    4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    **IT IS SO ORDERED.**

    DATED: This 14th day of July, 2009.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

```
STEVEN C. LEAF,                    )    2:08-cv-01554-HDM-RAM
                                   )
          Plaintiff,               )
                                   )    NOTICE OF SUBMISSION OF
vs.                                )    DOCUMENTS
                                   )
T. FELKER, et al.,                 )
                                   )
          Defendants.              )
_____)
```

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　_____   completed summons form

　　　_____   completed USM-285 forms

　　　_____   copies of the _____
                                Complaint/Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

3